UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASHID WADEEA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>　　　　　　　　　Defendant. | Case No.: 3:23-CV-1690-JO-DDL<br><br>**ORDER DENYING LEAVE TO AMEND IN PART AND CONTINUING MATTER** |

For the reasons stated on the record during oral argument, the Court denies Plaintiff's motion for leave to amend in part. Because Plaintiff has stipulated that her Unfair Competition Law ("UCL") claim is based on the same facts and legal theories as her warranty claims, and because she seeks the same monetary remedies for both, the Court finds that it lacks equitable jurisdiction over her UCL claim. *See Sonner v. Premier Nutrition Corp.*, 971 F.3d 834 (9th Cir. 2020). The Court thus denies leave to amend with regard to her proposed UCL claim.

The matter is continued to Wednesday, May 8, 2024, at 9:30 am. The Parties may file supplemental briefing regarding whether this Court has equitable jurisdiction over

Plaintiff's unjust enrichment claim. Plaintiff may file her briefing by Monday, April 22, 2024, and Defendant may respond by Friday, April 26, 2024.

**IT IS SO ORDERED.**

Dated: April 17, 2024

Hon. Jinsook Ohta
United States District Court